**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MAY SISK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:19-cv-0066** |
| | ) | |
| **KIMBRO EQUITIES I** | ) | **Judge William L. Campbell, Jr.** |
| | ) | **Magistrate Judge Jeffrey S. Frensley** |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(ii), Plaintiff MAY SISK and Defendant KIMBRO

EQUITIES I (collectively the "Parties"), by and through their respective undersigned counsel,

jointly stipulate that this action be dismissed in its entirety, with each Party to bear his/its own

costs.

Respectfully submitted,

/s/ Jeffrey Lucas Sanderson
Jeffrey Lucas Sanderson (BPR #035712)
Wampler, Carroll, Wilson & Sanderson, P.C.
44 N. 2nd Street, Suite 502
Memphis, TN 38103
(901) 523-1844
luke@wcwslaw.com
*Attorney for Plaintiff May Sisk*

/s/ Brett Burrow
Brett Burrow
611 Commerce St #2603
Nashville, TN 37203
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Court on this 24th day of August 2020, and served via the Court's ECF system on:

Brett Burrow
611 Commerce St #2603
Nashville, TN 37203
Attorney for Defendant

/s/ Jeffrey Lucas Sanderson
Jeffrey Lucas Sanderson

2