UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAY SISK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:20-cv-00066 |
| KIMBRO EQUITIES I, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal With Prejudice (Doc. No. 18). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE